**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>  Randy Weeks<br>  Tina Roberson<br>    Debtor(s) | Case No. 14-13602 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

 Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/11/2014.

2) The plan was confirmed on 12/03/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/03/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 12/05/2017.

6) Number of months from filing to last payment: 43.

7) Number of months case was pending: 45.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $38,558.95 |
| Less amount refunded to debtor | $923.08 |

**NET RECEIPTS:** $37,635.87

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,959.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,630.54 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,589.54

Attorney fees paid and disclosed by debtor:  $41.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLY FINANCIAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Ameri Cah Loans | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE | Unsecured | NA | 3,248.28 | 3,248.28 | 0.00 | 0.00 |
| AMERIFIRST HOME IMPROVEMENT | Secured | 30,484.00 | 17,836.75 | 26,884.50 | 0.00 | 0.00 |
| AMERIFIRST HOME IMPROVEMENT | Secured | NA | 9,047.75 | 0.00 | 0.00 | 0.00 |
| AMERIFIRST HOME IMPROVEMENT | Unsecured | 30,484.00 | NA | NA | 0.00 | 0.00 |
| AMERIFIRST HOME IMPROVEMENT | Unsecured | NA | NA | 9,047.75 | 0.00 | 0.00 |
| Amerifirst Home Improvement Fin | Unsecured | 37,442.00 | NA | NA | 0.00 | 0.00 |
| Amerifirst Home Improvement Fin | Secured | 37,442.00 | NA | NA | 0.00 | 0.00 |
| Ashley Stewart / World Financi | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| AT&T Mobility | Unsecured | NA | 761.47 | 761.47 | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | NA | 192.87 | 192.87 | 0.00 | 0.00 |
| CAVALRY INVESTMENTS | Unsecured | NA | 364.43 | 364.43 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 1,117.50 | 1,117.50 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 405.29 | 405.29 | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA NA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CITIBANK USA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Secured | 2,089.16 | 2,325.96 | 2,089.16 | 2,089.16 | 76.97 |
| CITY OF CHICAGO DEPT OF FINANCI | Unsecured | 2,089.16 | 0.00 | 236.74 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMED RESIDENTIAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | NA | 517.50 | 517.50 | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DEVON FINANCIAL SERVICE | Unsecured | NA | 1,485.88 | 1,485.88 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DEVON FINANCIAL SERVICE | Unsecured | NA | 251.94 | 251.94 | 0.00 | 0.00 |
| Directv | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Fremont Investment & Loan | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| G M A C | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GECRB/QVC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Gemb/walmart | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Household Bank / Hsbc/Best Buy | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Hsbc Bank Nevada N.A. Hsbc Ca | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Hsbc Bank Nevada N.A. Hsbc Ca | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | NA | 17,356.00 | 17,356.00 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 1,477.58 | 1,477.58 | 0.00 | 0.00 |
| ILLINOIS SECRETARY OF STATE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 13,000.00 | 12,870.79 | 12,870.79 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 578.26 | 578.26 | 23.58 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Secured | 10,000.00 | 13,491.28 | 12,516.00 | 9,458.33 | 854.30 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 2,516.00 | 0.00 | 975.28 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 1,085.45 | 1,085.45 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 507.35 | 507.35 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 1,312.45 | 1,312.45 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 299.42 | 299.42 | 0.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Secured | NA | 2,245.46 | 2,245.46 | 0.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Secured | NA | 2,968.83 | 2,968.83 | 0.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Unsecured | NA | 0.00 | 2,968.83 | 0.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Unsecured | NA | 0.00 | 2,245.46 | 0.00 | 0.00 |
| LITTLE COMPANY OF MARY | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Litton Loan Servicing | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 566.23 | 566.23 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 554.39 | 554.39 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 747.47 | 747.47 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 822.76 | 822.76 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 1,446.10 | 1,446.10 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 1,513.34 | 1,513.34 | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | NA | 1,085.79 | 1,085.79 | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | NA | 1,106.15 | 1,106.15 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 1,951.31 | 1,951.31 | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| NATIONAL ACCOUNT SERVICES | Unsecured | NA | 60.00 | 60.00 | 0.00 | 0.00 |
| NATIONAL ACCOUNT SERVICES | Unsecured | NA | 717.35 | 717.35 | 0.00 | 0.00 |
| NATIONWIDE ACCEPTANCE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| NCEP LLC | Unsecured | 21,374.00 | NA | NA | 0.00 | 0.00 |
| NCEP LLC | Secured | 21,374.00 | 23,585.85 | 23,585.85 | 17,083.93 | 2,460.06 |
| ONE CLICK CASH | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Peak5/Centrix Res Sys | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Pentagroup Financial | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Peoples Gas Light And Coke | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Stellar Rec | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Target N.B. | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Target National BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| T-Mobile | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL SRV | Unsecured | NA | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| US BANK NATIONAL ASSOCIATION | Secured | 186,566.00 | 184,118.90 | 0.00 | 0.00 | 0.00 |
| US BANK NATIONAL ASSOCIATION | Secured | NA | 10,748.40 | 0.00 | 0.00 | 0.00 |
| US BANK NATIONAL ASSOCIATION | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| VELOCITY INVESTMENTS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WEBBANK/FINGERHUT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| World Financial Network Bank | Unsecured | NA | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $26,884.50 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $36,101.85 | $26,542.26 | $3,314.36 |
| All Other Secured | $7,303.45 | $2,089.16 | $76.97 |
| **TOTAL SECURED:** | **$70,289.80** | **$28,631.42** | **$3,391.33** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $578.26 | $23.58 | $0.00 |
| **TOTAL PRIORITY:** | **$578.26** | **$23.58** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$69,299.15** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,589.54 |
| Disbursements to Creditors | $32,046.33 |
| **TOTAL DISBURSEMENTS :** | **$37,635.87** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/09/2018                    By: /s/ Tom Vaughn
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**